UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES TINKER, JR., ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 2:04-cv-02577-UWC-HGD |
| ) | |
| BILLY MITCHEM, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

**<u>FINAL JUDGMENT</u>**

On May 13, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas

corpus in this action be and the same hereby is DENIED.

DONE this the 30th day of June, 2005.

_____
U.W. Clemon
Chief United States District Judge